## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**DEMBA SOKHONA,**

    *Petitioner,*

    v.

**LEONARD ODDO,** et al.

    *Respondents.*

Civil No.: 3:25-cv-00508

### NOTICE OF VOLUNTARY DISMISSAL

The Petitioner, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, respectfully notifies this Honorable Court of his desire to voluntarily dismiss the Petition (Doc. 1). The Petitioner is currently being held at the Pike County Correctional Facility. Further, Petitioner affirms that each party shall bear their own costs and fees.

Dated: June 8, 2026

Respectfully Submitted,

AND NOW, this ___23rd_____ ,

day of __June____ , 20_26__ ,
IT IS SO ORDERED.
 s/Richard A. Lanzillo
UNITED STATES MAGISTRATE JUDGE

*s/ Mana Aliabadi, Esq.*
Mana Aliabadi, Esquire

PA Bar No. 332256
Palladino, Isbell & Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
p. (215) 576-9000
f. (215) 689-3531
mana@piclaw.com

ATTORNEY FOR PETITIONER